**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 565 MAL 2015

            Respondent          :

                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court

            v.                        :

CURTIS DOVAL DIEGO,            :

            Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.